# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **SCOT DAVID GRAVES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO.:  2:10-CV-210-MHT** |
| | )               **(WO)** |
| **KEVIN DAVIS, SHERIFF,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The magistrate judge entered a recommendation (Doc. #26) in this case to which no timely objections have been filed.  After a review of the recommendation and after an independent de novo review of the entire record, the court finds that the recommendation should be adopted.  Accordingly, it is ORDERED that the recommendation (Doc. #26) of the magistrate judge is adopted.

A separate judgment shall issue.

Done, this 24th day of August, 2012.

          /s/   Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**