IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SCOT DAVID GRAVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:  2:10-CV-210-MHT |
| | )                (WO) |
| KEVIN DAVIS, SHERIFF, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED as follows:

1. Defendants' motion for summary judgment (Doc. #10) is granted to the extent defendants seek dismissal of this case due to plaintiff's failure to exhaust properly an administrative remedy previously available to him at the Chilton County Jail; and

2. This case is dismissed in accordance with the provisions of 42 U.S.C. § 1997e(a) for plaintiff's failure to exhaust an administrative remedy available to him during his confinement in the Chilton County Jail.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Done this 24th day of August, 2012.

　　　　　　　　　　　　　　　　 /s/   Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE